# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BLAKE S. DOUVROS,<br><br>　　　　Defendant. | Case No. 1:24-po-00011-SAB-1<br><br>ORDER RE REFUND OF OVERPAYMENT |

On February 14, 2024, the Central Violations Bureau ("CVB") received payment from the Defendant Blake S. Douvros in the amount of $280.00. However, on February 15, 2024, CVB received duplicate payment in the amount of $280.00, which resulted in overpayment by $280.00 for the violation.

Accordingly, IT IS HEREBY ORDERED that Defendant be refunded in the amount of $280.00.

IT IS SO ORDERED.

Dated: __**February 16, 2024**__

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE